JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE L. W., | ) | No. ED CV 19-1377-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with the Memorandum Opinion.

DATED: September  1 , 2020      _____
                                                                    PAUL L. ABRAMS
                                                    UNITED STATES MAGISTRATE JUDGE